```
 1  DONALD J. GREEN, ESQ.
    Nevada Bar No. 1869
 2  California Bar No. 112495
    4760 South Pecos Road, Suite 103
 3  Las Vegas, Nevada  89121
    Tel: (702) 388-2047
 4  Fax: (855) 459-8472
    CrimeLV7777@aol.com
 5  Attorney for Defendant
    JONATHAN MOSZ
 6
 7
 8
                  UNITED STATES DISTRICT COURT
 9
                        DISTRICT OF NEVADA
10
11
    UNITED STATES OF AMERICA,   )  Case No.: 2:15-CR-00219-JCM-VCF
12                              )
            Plaintiff,          )  STIPULATION TO CONTINUE SENTENCING
13                              )
                                )  [FIRST REQUEST]
14                              )
       vs.                      )
15                              )
    JONATHAN MOSZ,              )
16                              )
                                )
17          Defendant.          )
    _____)
18
```

19      CERTIFICATION: This Stipulation is timely filed.

20  **IT IS HEREBY STIPULATED AND AGREED**, by and between DANIEL
21  BODGEN, ESQ., United States Attorney, by and through his Assistant
22  United States Attorney, PHILLIP SMITH, JR., Esq., counsel for the
23  United States of America; and, DONALD J. GREEN, ESQ. counsel for
24  defendant JONATHAN MOSZ (hereinafter referred to as Defendant); and
25  respectfully STIPULATE that the Sentencing set for JULY 12, 2016 be
26  continued until on or after **September 20, 2016,** or to a date
27  thereafter convenient to the Court.

28

This Stipulation is entered into for the following reasons:

1. The defendant is currently set for Sentencing on July 12, 2016.

2. On Thursday, June 2, 2016, the Pre-Sentence Report was released via e-mail to defense counsel. At that time, defense counsel was in Phoenix, Arizona attending to an unrelated case. Counsel Green was then unable to access the encrypted version of the PSR. Counsel Green contacted United States Probation, which instructed defense counsel on the decoding of the e-mail attachment.

3. On Monday, June 6, 2016, defense counsel downloaded the PSR, photocopied the PSR, and sent the PSR to defendant where he is currently detained in Pahrump, Nevada. Defense counsel also sent a copy of the 34-page PSR to the retained Federal Sentencing Guidelines Consultant who is currently in the State of Oregon attending to another Federal Sentencing matter.

4. The defense sentencing expert will not return to Nevada until the first week of July, 2016.

5. The PSR is 34-pages long and contains a recitation of defendant's history.

6. Defendant is housed at the Nevada Southern Detention Center in Pahrump, Nevada.

7. Government and defense counsel Green have exchanged telephone calls regarding this Stipulation.

8. Due to defendant's extensive criminal history and pending Nevada State Court cases, defense counsel still needs additional time in order to effectively prepare any potential Objections and Exceptions to the PSR with the advice and

participation of the defense retained Federal Sentencing Guidelines Consultant.

9.   On June 7, 2016, defense counsel consulted with defendant and defendant has agreed to a continuance of the Sentencing date.

10.   Without this requested continuance of the sentencing, defense counsel has not had, nor will he have, sufficient time and the opportunity within which to prepare for the sentencing nor will Government Counsel have a sufficient opportunity to respond to any potential objections and exceptions to the PSR.

11.   This Stipulation does not invoke any of the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161, et seq.

12.   This is the **FIRST** request for a continuance of the Sentencing of the defendant.

DATED this _____ day of JUNE, 2016.

| LAW OFFICES OF DONALD J. GREEN | DANIEL BOGDEN, ESQ.<br>UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Donald J. Green<br>   DONALD J. GREEN, ESQ.<br>   4760 S. Pecos Rd. #103<br>   Las Vegas, Nevada 89121<br>   Attorney for defendant<br>   JONATHAN MOSZ | BY<br>   PHILLIP SMITH, JR., ESQ.<br>   Assistant U.S. Attorney<br>   501 Las Vegas Blvd., #1100<br>   Las Vegas, NV  89101<br>   GOVERNMENT COUNSEL |

...
...
...
...   [THIS SECTION IS INTENTIONALLY LEFT BLANK]
...
...
...
...   [THIS SECTION IS INTENTIONALLY LEFT BLANK]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.: 2:15-CR-00219-JCM-VCF** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER CONTINUING SENTENCING** |
| ) | |
| JONATHAN MOSZ, ) | |
| Defendant, ) | |

Based on the Stipulation of counsel, the Court being advised of the necessity for the continuance of the sentencing of the defendant; the Court being advised of the necessity for continuance of the sentencing to allow the defense and the Government sufficient time within which to prepare and file papers concerning the 34-page Pre-Sentence Report; the Court being advised by the Government and the defense that the parties are requesting a sentencing date on or after September 20, 2016 or at the Court's convenience; the Court being advised that the defendant has consented to the continuance of the sentencing; and the Court being further advised that the Stipulation for a continuance of the Sentencing does not invoke any of the provisions of the Speedy Trial Act, and good cause appearing therefore:

**ORDER**

**IT IS ORDERED** that the Sentencing date set for JULY 12, 2016 shall be VACATED.

**IT IS ORDERED** that the Sentencing of the defendant shall be continued until **Monday, September 26, 2016 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the counsel for parties shall be available at the Court's convenience for a Court hearing and/or telephone conference call in the event that the Court requires further clarification of any issue regarding the sentencing in this case.

**IT IS FURTHER ORDERED** that any further continuances of the sentencing shall be considered only upon a showing of GOOD CAUSE and convenience of the Court and/or in conformance with Local General Order 2007-4.

**DATED** June 16, 2016.

_____
JAMES C, MAHAN
UNITED STATES DISTRICT JUDGE