UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-219 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| JONATHAN PHILIP MOSZ, | |
| Defendant(s). | |

Presently before the court is defendant Johnathan Philip Mosz's motion to amend judgment. (ECF No. 51). The government filed a response. (ECF No. 53). Defendant did not file a reply and the time to do so has passed.

On December 5, 2016, the court sentenced defendant to seventy-seven months of custody to be followed by three years of supervised release for being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g) and 924(a)(2). (ECF No. 44).

On October 19, 2018, defendant filed a motion requesting that the court recommend the Bureau of Prisons ("BOP") to allow him to spend the final months of his sentence in a residential re-entry center. (ECF No. 46). On May 21, 2019, the court granted defendant's motion and issued a non-binding recommendation to place defendant in a residential re-entry center. (ECF No. 49). Now, defendant requests that the court enter its non-binding judicial recommendation as an order or judgment. (ECF No. 51).

Courts can modify judgments only upon mandate from a court of appeals or pursuant to Rule 35. *United States v. Ceballos*, 671 F.3d 852, 856 (9th Cir. 2011). Here, the Ninth Circuit has not ordered this court to resentence defendant and the fourteen-day time period to amend judgment pursuant to Rule 35 has elapsed. Therefore, because the court does not have authority

**James C. Mahan**
**U.S. District Judge**

to modify the judgment consistent with its non-binding judicial recommendation, the court will deny defendant's motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to amend judgment (ECF No. 51) be, and the same hereby is, DENIED.

DATED June 28, 2019.

_____
UNITED STATES DISTRICT JUDGE