RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Jonathan Philip Mosz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>JONATHAN PHILIP MOSZ,<br><br>         Defendant. | Case No. 2:15-CR-219-JCM-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Jonathan Philip Mosz, that the Revocation Hearing currently scheduled on July 1, 2022 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to conduct investigation and coordinate with Mr. Mosz's state attorney.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1   This is the first request for a continuance of the revocation hearing.

2   DATED this 8th day of June, 2022.

3

4   RENE L. VALLADARES  JASON M. FRIERSON
    Federal Public Defender  United States Attorney

5

6   */s/ Benjamin F. J. Nemec*  */s/ Jean Ripley*
    By_____  By_____

7   BENJAMIN F. J. NEMEC  JEAN RIPLEY
    Assistant Federal Public Defender  Assistant United States Attorney

8

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JONATHAN PHILIP MOSZ,

    Defendant.

Case No. 2:15-CR-219-JCM-VCF-1

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, July 1, 2022 at 10:00 a.m., be vacated and continued to **August 3, 2022, at 11:00 a.m.;** or to a time and date convenient to the court.

    DATED June 10, 2022.

_____
UNITED STATES DISTRICT JUDGE