RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Jonathan Philip Mosz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JONATHAN PHILIP MOSZ,<br><br>  Defendant. | Case No. 2:15-CR-219-JCM-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Jonathan Philip Mosz, that the Revocation Hearing currently scheduled on October 5, 2022 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

  This Stipulation is entered into for the following reasons:

  1.   Mr. Mosz's related state case which has bearing on a potential negotiation in this case has yet to be resolved.

  2.   The defendant is in custody and agrees with the need for the continuance.

  3.   The parties agree to the continuance.

1    This is the third request for a continuance of the revocation hearing.

2    DATED this 20th day of September 2022.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

 */s/ Benjamin F. J. Nemec*
By_____
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender

 */s/ Jean Ripley*
By_____
JEAN RIPLEY
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JONATHAN PHILIP MOSZ,

    Defendant.

Case No. 2:15-CR-219-JCM-VCF-1

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 5, 2022 at 10:30 a.m., be vacated and continued to **December 7, 2022, at 11:00 a.m.**

    DATED September 21, 2022.

_____
UNITED STATES DISTRICT JUDGE

3