RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Jonathan Philip Mosz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JONATHAN PHILIP MOSZ,<br><br>　　　　　Defendant. | Case No. 2:15-CR-219-JCM-VCF-1<br><br>ORDER **TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Jonathan Philip Mosz, that the Preliminary Hearing currently scheduled on September 22, 2022 at 2:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Mosz's related state case which has bearing on a potential negotiation in this case has yet to be resolved.

　　　　2.　　The defendant is incarcerated and does not object to a continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 20th day of September 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /S/ Benjamin F. J. Nemec<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | /s/ Jean Ripley<br>By_____<br>JEAN RIPLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN PHILIP MOSZ,<br><br>　　　　Defendant. | Case No. 2:15-CR-219-JCM-VCF-1<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 22, 2022 at the hour of 2:00 p.m., be vacated and continued to November 22, 2022, at 11:00 a.m., Courtroom 3A.

DATED this  21  day of September 2022.

_____
DANIEL J. ALBREGTS
U. S. Magistrate Judge

3