RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Jonathan Philip Mosz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN PHILIP MOSZ,<br><br>    Defendant. | Case No. 2:15-CR-219-JCM-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Jonathan Philip Mosz, that the Revocation Hearing currently scheduled on April 7, 2023 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.  Mr. Mosz's related federal case has not been resolved. As Mr. Mosz's related federal case may impact this supervised released revocation case, the parties request this Court continue his supervised release revocation to a later date.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 28th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Jean Ripley*<br>By_____<br>JEAN RIPLEY<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JONATHAN PHILIP MOSZ,<br><br>        Defendant. | Case No. 2:15-CR-219-JCM-VCF-1<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 7, 2023 at 10:00 a.m., be vacated and continued to **July 7, 2023, at 10:30 a.m.**; or to a time and date convenient to the court.

      DATED March 29, 2023.

_____
UNITED STATES DISTRICT JUDGE

3