JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00219-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Sixth Request) |
| JONATHAN PHILIP MOSZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, counsel for the United States of America, and Benjamin Nemec, counsel for defendant Jonathan Philip Mosz, that the Revocation Hearing currently scheduled on July 28, 2023, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven days. This Stipulation is entered into for the following reasons:

1. United States Probation Officer Shawn Mummey is traveling and is thus unavailable to be present on the currently scheduled date.

2. A witness is also traveling and unavailable to be present on the currently scheduled date.

1

3. This continuance is not sought for purposes of delay.

4. Mr. Mosz is not in custody and the parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 26th day of July, 2023.

Respectfully submitted,

| /s/ Benjamin Nemec | /s/ Jean N. Ripley |
|---|---|
| BENJAMIN NEMEC | JEAN N. RIPLEY |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00219-JCM-VCF |
| Plaintiff, | **ORDER TO CONTINUE REVOCATION HEARING** |
| v. | |
| JONATHAN PHILIP MOSZ, | (Sixth Request) |
| Defendant. | |

**ORDER**

IT IS ORDERED that the revocation of supervised release hearing in *United States v. Jonathan Philip Mosz*, 2:15-cr-00219-JCM-VCF, set for July 28, 2023, at 10:00 a.m., is hereby VACATED, and RESET for **August 14, 2023, at 10:00 a.m.**

DATED July 26, 2023.

By: _____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE